UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS LEBRON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-3935 |
| | § | |
| THE BOEING COMPANY EMPLOYEE | § | |
| HEALTH AND WELFARE PLAN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendants National Union Fire Insurance Company of Pittsburgh, PA and AIG Claims, Inc.'s Motion for Summary Judgment (Doc. No. 15); Plaintiff Luis Lebron's Cross Motion for Summary Judgment (Doc. No. 16); Judge Stacy's Memorandum and Recommendation (Doc. 20); and Plaintiff's Objections to Memorandum and Recommendation (Doc. No. 21).

The Court has reviewed the case, *de novo*, and agrees with the Magistrate Judge's conclusion that Plaintiff is not entitled to benefits under the Supplemental AD&D policy at issue in this case. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Objections (Doc. No. 21) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 20) is **ADOPTED**; Defendants' Motion for Summary Judgment (Doc. No. 15) is **GRANTED**; and, Plaintiff's Cross Motion for Summary Judgement (Doc. No. 16) is **DENIED**.

SIGNED at Houston, Texas, this _____ 28th _____ day of January 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE